**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.**

JASON BENNETT,

Plaintiff,

v.

FLAVOR RACES LLC d/b/a
MYRACERAGZ,

Defendant.

---

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff JASON BENNETT by and through its undersigned counsel, brings this Complaint against Defendant FLAVOR RACES LLC d/b/a MYRACERAGZ for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff JASON BENNETT ("Bennett"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Bennett's original copyrighted works of authorship.

2. Bennett is a photographer based in Charleston, South Carolina specializing in commercial photography and video solutions. Headshots, portraits, events, musicians, prints and weddings are Bennett's main focus. Bennett also works with numerous corporate clients clients, including Volvo and Mercedes Benz.

3. Defendant FLAVOR RACES LLC d/b/a MYRACERAGZ is an apparel company based in Clearwater, Florida.

4. Bennett alleges that FLAVOR RACES LLC d/b/a MYRACERAGZ copied Bennett's copyrighted work from the internet in order to advertise, market and promote its business activities. The Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's businesses.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANTS**

9. FLAVOR RACES LLC d/b/a MYRACERAGZ ("MyRaceRagz") is a limited liability company with its principal place of business at 2823 Newbern Way, Clearwater, Florida, 33761, and can be served by serving its Registered Agent, Mr. John McMahan 161 33rd Avenue North, St. Petersburg, Florida 33704.

**THE COPYRIGHTED WORK AT ISSUE**

10. In or about November 12, 2011 in Mt. Pleasant, South Carolina, Bennett created a photograph titled "Run for the Yorktown-217", which is shown below and referred to herein as the "Work".




11. Bennett applied for registration of the Work with the Register of Copyrights in March 2017 and was assigned the case number 1-4694727892.

12. Upon receipt of the registration certificate for the Work, Bennett will file this certificate with the court. Consistent with the Copyright Act and the regulations promulgated

thereunder, when issued by the Register of Copyrights the registration certificate will be dated prior to the filing of this action.

13. At all relevant times Bennett was the owner of the copyrighted Work at issue in this case.

14. After he created the Work, Bennett applied his copyright management information (CMI) to the Work consisting of the legend "docent~prodigy photography" which corresponds to Bennett's website at www.docentprodigy.com.

**INFRINGEMENT BY DEFENDANT**

15. The Defendant has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

17. Defendant copied Bennett's copyrighted Work without Bennett's permission.

18. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business selling custom printed dry-fit shirts, screen printing, embroidery services and design.

19. Defendant copied and distributed Bennett's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Bennett's Work is protected by copyright but are not otherwise confidential, proprietary, or trade secret.

21. Defendant committed copyright infringement of the Work as evidenced by Exhibit 1.

22. Bennett never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. When MyRaceRagz copied and displayed the Work at issue in this case, MyRaceRagz removed Bennett's copyright management information (CMI) from the Work.

24. Bennett never gave Defendant permission or authority to remove CMI from the Work at issue in this case.

25. Plaintiff notified the Defendant of the allegations set forth herein on April 11, 2016. A copy of the Notice to the Defendant is attached hereto as Exhibit 2. To date, Defendant has failed to respond to Plaintiff's Notice.

26. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Plaintiff incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Bennett owns a valid copyright in the Work at issue in this case.

29. Bennett applied for registration the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. MyRaceRagz copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Bennett's authorization in violation of 17 U.S.C. § 501.

31. MyRaceRagz performed the acts alleged in the course and scope of its business activities.

32. Bennett has been damaged.

33. The harm caused to Bennett has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Plaintiff incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

35. The Work at issue in this case contains copyright management information ("CMI").

36. MyRaceRagz knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the works at issue in this action in violation of 17 U.S.C. § 1202(b).

37. Defendant committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Bennett's rights in the Work at issue in this action protected under the Copyright Act.

38. Defendant caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Jason Bennett's rights in the Work at issue in this action protected under the Copyright Act.

39. Bennett has been damaged.

40. The harm caused to Bennett has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Flavor Races LLC d/b/a MyRaceRagz that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;


**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 4, 2017

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number: 112433
kevin.cudlipp@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Jason Bennett*