**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:17-CV-00809-JDW-TGW**

JASON BENNETT,

Plaintiff,

v.

FLAVOR RACES LLC d/b/a
MYRACERAGZ, and KEVIN BUPP,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff JASON BENNETT by and through its undersigned counsel, hereby dismisses the instant action against Defendants FLAVOR RACES LLC d/b/a MYRACERAGZ, only, without prejudice, with each party to bear its own attorneys' fees, costs and expenses.

DATED: May 4, 2017

Respectfully submitted,

*/s/ Joel B. Rothman*

JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number: 112433
kevin.cudlipp@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff Jason Bennett*