**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JASON BENNETT,**

**Plaintiff,**

**v.** **Case No. 8:17-cv-809-T-27TGW**

**FLAVOR RACES LLC d/b/a**
**MYRACERAGZ and KEVIN BUPP,**

**Defendants.**
______________________________________/

**ORDER**

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal of Defendant Flavor Races LLC d/b/a MyRaceRagz. Upon consideration, Defendant Flavor Races LLC d/b/a MyRaceRagz is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The file shall remain open as to Defendant Kevin Bupp. Plaintiff is **DIRECTED** to serve a copy of this Order on Defendants.

**DONE AND ORDERED** this 8th day of May, 2017.

[signature]
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel for Plaintiff