UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON BENNETT,

    Plaintiff,

v.                                          Case No. 8:17-cv-809-T-27TGW

FLAVOR RACES LLC d/b/a
MYRACERAGZ, KEVIN BUPP,
and JOJO INVESTMENTS, LLC,

    Defendants.
_____/

**ORDER**

**BEFORE THE COURT** is the parties' Stipulation of Dismissal (Dkt. 21). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The file shall remain closed.

**DONE AND ORDERED** this 31st day of August, 2017.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of record